UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-06-0746 VRW |
| Plaintiff, | [PROPOSED] ORDER REGARDING CONDITIONS OF PRETRIAL RELEASE (18 U.S.C. § 3142(b); F.R.Cr.P. 46(a)) |
| v. | |
| WILLIAM T. GARNER, | |
| Defendant. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The pretrial release conditions of Dr. William Garner in the above-entitled matter are hereby modified to delete the provision that the $50,000 bond be secured by a Deed of Trust and Assignment of Rents on the property at 308 Roosevelt Way, San Francisco, California 94104. Such modification is contingent upon, and shall take effect immediately upon, Dr. Garner's posting of a $50,000 unsecured signature bond with the Clerk of the Court for the U.S. District Court for the Northern District of California;

2. That upon the posting of the $50,000 unsecured signature bond aforementioned, the Clerk of the Court for the U.S. District Court for the Northern District of California shall exonerate the bond secured by the Deed of Trust and Assignment of Rents on the property at 308 Roosevelt Way, San Francisco, California 94104, and shall forthwith execute the Reconveyance filed concurrently therewith; and

3. That all other terms and conditions of the December 7, 2006 Order Setting

1  Conditions of Release and Appearance Bond remain in full force and effect.

2  IT IS SO ORDERED.

3

4  Dated: 31/Jan, 2007

5  Magistrate Judge Bernard Zimmerman
United States District Court
6  Northern District of California