UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

E-Filing

| UNITED STATES OF AMERICA, | No. CR-06-0746 VRW |
|---|---|
| Plaintiff, | [PROPOSED] ORDER REGARDING CONDITIONS OF PRETRIAL RELEASE (18 U.S.C. § 3142(b); F.R.Cr.P. 46(a)) |
| v. | |
| WILLIAM T. GARNER, | |
| Defendant. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The pretrial release conditions of Dr. William Garner in the above-entitled matter are hereby modified to delete the provision that the $50,000 bond be secured by a Deed of Trust and Assignment of Rents on the property at 308 Roosevelt Way, San Francisco, California 94104;

2. That all other terms and conditions of the December 7, 2006 Order Setting Conditions of Release and Appearance Bond remain in full force and effect.

IT IS SO ORDERED.

Dated: /  March        , 2007

_____
Magistrate Judge Bernard Zimmerman
United States District Court
Northern District of California

4

NO. CR-06-0746 VRW
STIPULATION REGARDING CONDITIONS OF PRETRIAL RELEASE